

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2014

No. 04-13-00368-CV

**IN THE ESTATE OF ALVILDA MAE AGUILAR,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice


Appellant's motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to March 21, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court